
**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

FILED BY _____ D.C.
03 DEC 29 PM 5:12

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

CRYSTINE CODY
DEPUTY-IN-CHARGE

Charter Oak Fire Insurance Co

V.                                    Case Number: 3:03cv733(JCH)

Broan Nutone LLC

Notice to Clerk, District Court,
for the District of **Tennessee, Western Division**
-------------------

Dear Clerk:                                          03 2989  D A

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Bridgeport, Connecticut, December 19, 2003.

KEVIN F. ROWE, CLERK

By: _Carol Sanders_
Carol Sanders
Deputy Clerk

P.S. Document #9 is missing. Will forward when located.

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: _03 2989 D A_

This case was received by: _____